DANIHY et al., Respondents, v. BLUMEN-STEIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Anna Danihy and others against Minerva Stein Blumenstein and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

DASHBY, Appellant, v. DASHBY, Respondent. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Lillian Dashby against Herbert Dashby. No opinion. Interlocutory judgment and order denying plaintiff's motion for a new trial reversed, with costs of this appeal to the appellant, and a jury trial directed of the issues arising upon defendant's counterclaim. See, also, 147 N. Y. Supp. 1106.

DEAN, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Jay Dean against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, first, that the statements and conduct of the defendant's foreman toward the plaintiff after his injury, were improperly received; second, that the verdict rendered was excessive, and that the conduct of the plaintiff's counsel upon the trial was grossly improper and tended to create passion and prejudice in the minds of the jurors and to increase the amount of their verdict.

DEEGAN, Appellant, v. NEWTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by John Deegan, an infant, etc., against Homer C. Newton. No opinion. The appellant has failed to show any merits, as required by the special rule of this court adopted January, 1910. See, also, Schorr v. Weisfeld, 147 N. Y. S. 477, decided May 8, 1914. Decision of the motion held for one week for the presentation of proper papers. See, also, 147 N. Y. Supp. 1106; 148 N. Y. Supp. 1112.

DEEGAN, Appellant, v. NEWTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by John Deegan, an infant, by Bridget M. Deegan, his guardian ad litem, against Homer C. Newton. No opinion. Appeal withdrawn on consent. See, also, 148 N. Y. Supp. 1112.

DEICHES v. WESTERN DEVELOPMENT CO. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Maurice Deiches, as receiver, against the Western Development Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 146 N. Y. Supp. 1088.

DELETANG, Respondent, v. JOSEPH L. SIGRETTO & CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Gustav Deletang against Joseph L. Sigretto & Company. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

DEL GENOVESE, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Fidalma Del Genovese, as administratrix, etc., against Alfredo Del Genovese. No opinion. Motion granted, on condition that the appellant apply at the Special Term within 10 days, and pay $10 costs. See, also, 148 N. Y. Supp. 1112.

DEL GENOVESE, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Fidalma Del Genovese, as administratrix, etc., against Alfredo Del Genovese. No opinion. Motion to resettle order granted. See, also, 149 App. Div. 266, 133 N. Y. Supp. 765; 148 N. Y. Supp. 1112.

DEL GENOVESE, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Fidalma Del Genovese, as administratrix, etc., of Virgillio Del Genovese, deceased, against Alfredo Del Genovese.

PER CURIAM. We think that, during the time of the lease taken by plaintiff's husband, the decedent, his status was such as to justify a demand in equity for an accounting in equity. The judgment is therefore reversed, and a new trial is granted, costs to abide the final award of costs, with leave to plaintiff to apply at Special Term for any amendment of her complaint that she may be advised is proper. See New York & Brooklyn Ferry Co. v. Moore, 18 Abb. N. C. 106; Marvin v. Brooks, 94 N. Y. 71; Parker v. Pullman Co., 36 App. Div. 208, 56 N. Y. Supp. 734. See, also, 148 N. Y. Supp. 1112.

DERMOTT, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Henry S. Dermott, as sole executor, etc., against the State of New York. No opinion. Order affirmed, without costs.

DESSAR v. HIRSCH. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Leo C. Dessar against Charles S. Hirsch. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1107.

DIEGUARDI, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Francesco Dieguardi against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DI MENNA, Respondent, v. COOPER & EVANS CO., Appellant et al. (Supreme Court, Appellate Division, First Department. June 19,

1914.) Action by Michael Di Menna against the Cooper & Evans Company, impleaded with others. George E. Miner, of New York City, for appellant. Arnold Lichtig, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 155 App. Div. 501, 140 N. Y. Supp. 680.

DIXEY v. SAVAGE. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Henry E. Dixey against Henry W. Savage. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

DOLINSKY v. BRISKER UNTERSTUET-ZUNGS VEREIN. (Supreme Court, Appellate Term, First Department. June 18, 1914.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Isaac Dolinsky against the Brisker Unterstuetzungs Verein. From a default judgment, defendant appeals. Judgment vacated, and cause remanded. Oscar Englander, of New York City, for appellant. M. Brown, of New York City, for respondent.

PER CURIAM. It is unnecessary to pass upon the validity of the judgment entered in this action, but the defendant's default should have been opened under the provisions of section 253 of the Municipal Court Act (Laws 1902, c. 580). Review & Record Co. v. Gilbreth, 65 Misc. Rep. 503, 120 N. Y. Supp. 100. Judgment vacated, default opened, and case set down for trial on the 30th day of June, 1914, with costs to appellant to abide the event.

DORAN v. LEVERING & GARRIGUES Co. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Thomas Doran against the Levering & Garrigues Company. No opinion. Motion denied. Settle order on notice. See memorandum per curiam.

DORN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Ellen B. Dorn against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

DORNBACH, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Julie Dornbach against the Nassau Electric Railroad Company. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

DRAZEN v. CURBY et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Morris Drazen against James Curby, as president, etc., and others. No opinion. Motion granted. Settle order on notice.

DUBEE, Respondent, v. H. W. JOHNS-MANVILLE CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Adalard J. Dubee against the H. W. Johns-Manville Company. No opinion. Judgment and order unanimously affirmed, with costs.

DUFFY v. LINCH. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Anthony Duffy against George W. Linch, as receiver, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 161 App. Div. 219, 146 N. Y. Supp. 384.

DUFFY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Annie S. Duffy, as administratrix, etc., against the New York Central & Hudson River Railroad Company. Martin Gilligan, for appellant. Lyman A. Spalding, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DUKE v. AMERICAN MUSEUM OF NATURAL HISTORY. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Frank Duke against the American Museum of Natural History. No opinion. Motion granted. Order filed. See, also, 147 N. Y. Supp. 1108.

DUMSER, Respondent, v. NICKLES, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Elizabeth Dumser against Eva Nickles, etc. No opinion. Motion denied, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

DUNCAN, Respondent, v. DUNCAN, Appellant. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Fred A. Duncan against Ellen M. Duncan, B. S. Deutsch, of New York City, for appellant. P. N. Turner, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

DUNLAP, Respondent, v. CASE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by John L. Dunlap, individually and as executor, etc., against Albert H. Case and others.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellants to abide event. Held, that the findings of the trial court to the effect that the execution of the deed was induced by the trust relation and confidence existing between the parties and that such deed is fraudulent and void are contrary to the weight of evidence, and that the finding of the trial court that there was never a delivery of such deed is contrary to the evidence.